TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00099-CV







In re Janet Kennedy and Alamo Ranch, Inc.







ORIGINAL PROCEEDING FROM HAYS COUNTY






M E M O R A N D U M O P I N I O N




 Relators have filed their petition for writ of mandamus and motion for emergency
relief. We deny the petition for writ of mandamus and overrule the motion for emergency relief. 
See Tex. R. App. P. 52.8.



 __________________________________________

 David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed: February 24, 2006